Entered on Docket July 30, 2015

**Below is the Order of the Court.**

_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>Charlene Joy Keys,<br><br>                Debtor,<br><br>United States Trustee,<br><br>                Plaintiff,<br><br>   v.<br><br>Charlene Joy Keys,<br><br>                Defendant. | Case No. 15-11227<br><br><br><br>Adversary No. 15-01168<br><br><br>*EX PARTE* ORDER DISMISSING ADVERSARY PROCEEDING |

On July 16, 2015, this Court entered an *Ex Parte* Order Approving Debtor's Waiver of Discharge and Authorizing Dismissal of Adversary Proceeding (the "Waiver Order") in the main case no. 15-~~01168~~ 11227. The Waiver Order approved the waiver by Charlene Joy Keys of her discharge, and further authorized the United States Trustee to file an *ex parte* Order dismissing this adversary proceeding. Based upon the records and files herein, and upon the provisions of the Waiver Order,

ORDER DISMISSING ADVERSARY
PROCEEDING- 1

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Case 15-01168-TWD    Doc 4    Filed 07/30/15    Ent. 07/30/15 13:30:28    Pg. 1 of 2

1  IT IS HEREBY ORDERED THAT the above-captioned adversary proceeding is
2  dismissed.
3  /// END OF ORDER ///

Presented by:

Gail Brehm Geiger
Acting U.S. Trustee for Region 18

 /s/ Martin L. Smith
Martin L. Smith, WSBA #24861
Attorney for the United States Trustee

ORDER DISMISSING ADVERSARY
PROCEEDING- 2

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)